UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL SATTER,,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 13-5282 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #17] recommending that this case be remanded, based on the stipulation of the parties [ECF #16].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)   The Court REVERSES and REMANDS for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 27th day of August, 2013.

                                                                  /s/ Ronald B. Leighton
                                                                  RONALD B. LEIGHTON
                                                                  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1